**STATE of Missouri, Respondent,**

v.

**Michael Lee WILSON, Appellant.**

### WD77198

Missouri Court of Appeals, Western District.

ORDER FILED: May 12, 2015

Mary Highland Moore, Jefferson City, MO, Counsel for Respondent

Lara Grether Martin, Kansas City, MO, Counsel for Appellant

Before Division Three: Mark D. Pfeiffer, P.J., Gary D. Witt, Anthony Rex Gabbert, JJ

### ORDER

Per Curiam:

Michael Lee Wilson appeals the circuit court's judgment convicting him of possession of burglar's tools. We affirm. Rule 30.25(b).